UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Incipio, LLC <br><br> Plaintiff, <br><br> v. <br><br> The Entities and Individuals Identified in Annex A <br><br> Defendants. | Civil Action No. 1:17-cv-8247 |

Annex A to the Complaint

# FILED UNDER SEAL